IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
|    TROY RON AEBISCHER, ) | Case No. 10-16415-SAH |
|    TIFFANY DANIELLE AEBISCHER, ) | |
| ) | Chapter 7 |
|                     Debtors. ) | |

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS**

COMES NOW, LYLE R. NELSON, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **CLAIMANT** | **AMOUNT** |
|---|---|
| Claim No. 3 | $1.34 |
| OKLAHOMA UNIVERSITY PATHOLOGY | |
| PO BOX 268813 | |
| OKLAHOMA CITY OK 73126 | |
| | |
| Claim No. 8 | $2.72 |
| American Collection Service | |
| 3100 SW 59th St | |
| Oklahoma City OK 73119-6416 | |
| Total | $4.06 |

The check made payable to the U.S. Bankruptcy Court in the total amount of $4.06, will be deposited with the clerk into unclaimed funds.

DATE: August 23, 2011

s/ Lyle Nelson
Lyle R. Nelson, OBA#10914
Two Leadership Square
211 N. Robinson, Suite 1300
Oklahoma City, OK  73102
(405) 232-4021 Phone/(405) 232-3746 Fax
TRUSTEE

CERTIFICATE OF SERVICE

     I hereby certify that on the 23rd day of August, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was electronically served upon the following using the Court's CM/ECF system:

U.S. Trustee
Attorney Michael R. Collins
Attorney Gilbert B. Weisman

     Further, I certify that on the 23rd day of August, 2011, a true and correct copy of the Trustee's Report of Unclaimed Funds was forwarded via U.S. Mail, first class postage prepaid and properly addressed, to the following at the addresses shown below:

OKLAHOMA UNIVERSITY PATHOLOGY
PO BOX 268813
OKLAHOMA CITY OK 73126

American Collection Service
3100 SW 59th St
Oklahoma City OK 73119-6416

                                                              s/ Lyle Nelson
                                                              Lyle R. Nelson